JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GERALD VILLEGAS | 5:09-cv-00644-DEW |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF COLTON, ET AL. | |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motion for Summary Judgment filed on behalf of Defendants [Doc. #41] be and is hereby **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9th day of December, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE